# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: APPEAL OF JAINDL LAND COMPANY AND RCSVP-CHAMBERSBURG, LLC FROM THE DECISION DATED SEPTEMBER 2, 2020 OF THE ZONING HEARING BOARD OF GREENE TOWNSHIP | : No. 555 MAL 2022<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>: |
| PETITION OF:  GREENE TOWNSHIP | : |
| | |
| IN RE: APPEAL OF JAINDL LAND COMPANY AND RCSVP-CHAMBERSBURG, LLC FROM THE DECISION DATED SEPTEMBER 2, 2020 OF THE ZONING HEARING BOARD OF GREENE TOWNSHIP | : No. 556 MAL 2022<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>: |
| PETITION OF:  GREENE TOWNSHIP | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.